IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLA ONLEY, individually and on behalf of all those similarly situated,

    Plaintiff,

  v.

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

Civil Action No. 5:19-cv-00141-MTT

## ORDER

Having considered the parties' joint submission regarding the resolution of whether Endorsement H-6182-C was effective to eliminate coverage for diminished value from Plaintiff's homeowners policy in effect at the time of Plaintiff's covered insurance loss on April 18, 2018, the Court enters the following Order:

(1) On or before September 23, 2019, the parties will negotiate a set of stipulated facts they deem relevant to resolution of this issue, provided however that such stipulation shall not preclude either party from alleging or relying upon any additional facts in connection with the briefing described herein.

(2) On or before September 27, 2019, Defendant will produce to Plaintiff certified copies of Plaintiff's policies in effect from July 2013 to the end of 2018, along with any endorsements Defendant maintains are part of the policies and any letter, explanatory insert, notice, or other documentation that accompanied Defendant's issuance of Endorsement H-6182-C to Plaintiff.

(3)     On or before November 11, 2019, the parties will complete discovery, if any, needed to establish any facts regarding which the parties could not reach a stipulation and/or any additional facts needed for purposes of the briefing described herein.  Other than the discovery set forth herein related to the enforceability of Endorsement H-6182-C, and the written responses to discovery that Plaintiff had propounded to Defendant prior to the August 15, 2019 teleconference with the Court, discovery related to the merits of this case is stayed until the enforceability issue is resolved.

(4)     On or before November 20, 2019, Defendant will move or otherwise raise with the Court by way of an appropriate filing the issue of whether Endorsement H-6182-C was effective to exclude coverage for diminished value from Plaintiff's homeowners policy in effect on April 18, 2018.

(5)     Plaintiff shall have 30 days to respond to any such filing or motion by Defendant.

(6)     In light of the holiday season, Defendant shall have 23 days after the filing of Plaintiff's response brief to file its reply brief, if any.

The procedures and filings described above shall not impact either party's right to file future motions, including dispositive motions, as allowed by the Court's Scheduling Order or applicable rules.

**SO ORDERED.** this 16th day of September, 2019.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT