IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLA ONLEY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:19-cv-141 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The parties jointly move to modify the Court's scheduling order to extend the deadlines for expert disclosures and depositions. That motion (Doc. 27) is **GRANTED**. Accordingly, the deadline for the Plaintiff to disclose the identity of expert witnesses related to class certification is extended to June 19, 2020; the deadline for the Defendant to disclose the identity of expert witnesses related to class certification and/or initial dispositive motions is extended to July 20, 2020; the deadline for the Plaintiff to disclose any rebuttal expert witnesses related to class certification and/or initial dispositive motions is extended to August 12, 2020; and the deadline to complete expert depositions related to class certification and/or initial dispositive motions is extended to August 28, 2020. The other deadlines remain unchanged.

Absent extraordinary circumstances, no further extensions will be granted.

-2-

**SO ORDERED**, this 11th day of February, 2020.

                                              <u>S/ Marc T. Treadwell</u>
                                              MARC T. TREADWELL, JUDGE
                                              UNITED STATES DISTRICT COURT