# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLA ONLEY, individually and on behalf of all those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendant. | CA No. 5:19-cv-00141-MTT |

## ORDER AMENDING SCHEDULING AND DISCOVERY ORDER

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to Amend Scheduling and Discovery Order as follows:

1. The deadline for Plaintiff to disclose the identity of expert witnesses related to class certifications is August 18, 2020.

2. The deadline for Defendant to disclose the identity of any expert witness related to class certification and/or initial dispositive motions is September 18, 2020.

3. The deadline for Plaintiff to disclose any rebuttal expert witnesses related to class certification is October 12, 2020.

4. The deadline to complete pre-certification discovery, including expert depositions, is October 27, 2020.

5. The deadline for the parties to file any dispositive motions and/or any *Daubert* motions is December 3, 2020, with opposition and reply briefs also extended accordingly.

6. The deadline for Plaintiffs to file a motion for class certification is December 3, 2020, with opposition and reply briefs also extended accordingly.

Any portion of the Court's prior scheduling and discovery orders not addressed herein remain unchanged.

**SO ORDERED** this 28th day of April, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT